# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CLEARY,<br>    Petitioner | Civil No. 3:15-cv-2355 |
| | (Judge Mariani) |
| v. | |
| NANCY GIROUX, *et al.*,<br>    Respondents | |

## ORDER

**AND NOW**, this 6th day of January, 2016, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** Petitioner's motion to appoint counsel, (Doc. 2), is **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge